UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-68-D

MARGIE LOUISE MCLAMB, )
)
Plaintiff, )
)
v. ) ORDER
)
CAROLYN W. COLVIN, )
ACTING COMMISSIONER, )
SOCIAL SECURITY, )
)
Defendant. )

This matter is before the Court on plaintiff's Motion for Judgment on the Pleadings and defendant's Motion for Remand to the Commissioner. Plaintiff's counsel indicated that he did not oppose the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Upon remand, the Administrative Law Judge is directed to further evaluate whether any of the plaintiff's past jobs meet the requirements of past relevant work, and if so, whether she can perform the physical and mental demands of this work as she actually performed this work or as generally performed in the national economy, and whether plaintiff has transferable skills. The ALJ is directed to employ a vocational expert.

SO ORDERED this **3** day of **February**, 2014.

*/s/ James Dever*
JAMES C. DEVER III
Chief United States District Judge