AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| MARGIE LOUISE MCLAMB, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>) | **JUDGMENT** |
| CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>Defendant. ) | **CASE NO. 7:13-CV-68-D** |

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY **FEBRUARY 3, 2014** WITH A COPY TO:

H. Clifton Hester (via CM/ECF electronic notification)
Elisa Donohoe (via CM/ECF electronic notification)

| | |
|---|---|
| February 3, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |

Raleigh, North Carolina