IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-cv-68-D

| | |
|---|---|
| MARGIE LOUISE MCLAMB, ) | |
| ) | |
| Plaintiff ) | |
| ) | CONSENT ORDER FOR PAYMENT OF |
| v. ) | FEES AND COSTS PURSUANT TO THE |
| ) | EQUAL ACCESS TO JUSTICE ACT |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER, ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through her undersigned counsel, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of $4,968.00 for attorney fees (for 27 hours of work at $184.00 per hour), in full and final settlement of all claims arising from the above captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d):

It is therefore ORDERED, that the Plaintiff shall be, and hereby is, awarded the sum of $4,968.00 for attorney fees, in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs, or expenses under EAJA up until this point in time. The award will be mailed to Plaintiff's counsel, H. Clifton Hester, Post Office Drawer 130, Elizabethtown, N.C. 28337. If there is a debt that qualifies under the Treasury Offset

Program, any amount remaining after offset will be made payable to Plaintiff and sent to Plaintiff's counsel at the address set forth above.

SO ORDERED. This 15 day of June 2014.

                                          JAMES C. DEVER III
                                          United States District Judge

CONSENTED TO:

/s/ H. Clifton Hester
H. Clifton Hester, N.C. Bar No. 10671
Hester, Grady & Hester, P.L.L.C.
Post Office Drawer 130
Elizabethtown, N.C. 28337
Telephone: (910) 862-3191
Facsimile: (910) 862-4802
Email: chester@hghgp.com
Counsel for Plaintiff
(signed by Elisa Donohoe with the
permission of H. Clifton Hester)

AND

THOMAS G. WALKER
United States Attorney

BY: /s/ Elisa Donohoe
Elisa Donohoe
Attorney for Defendant, Maryland Bar
Special Assistant United States Attorney
SSA - Office of the General Counsel
Altmeyer Building, Room 617
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: 410-966-6366
Facsimile: 410-597-0137
Email: lisa.donohoe@ssa.gov

2